# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:03-CR-220-3-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| TIMOTHY EUGENE MOORE, ) | ORDER |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's motion (Doc.#293) for "Reduction of Sentence based on Amendment 706 and the new cocaine base sentencing guidelines. Defendant's motion is DENIED for the reasons stated in the prior Court's Order (Doc. # 318). Your previous Offense Level was 29 and the Amended Offense Level is 27. The previously imposed sentence of imprisonment (as reflected in the last Judgment issued) of 165 months is reduced to 141 months.

**IT IS SO ORDERED:**          Signed: February 7, 2011

Frank D. Whitney
United States District Judge